NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE MORGAN STANLEY, MORGAN STANLEY & CO. INCORPORATED, J.P. MORGAN CHASE & CO., J.P. MORGAN SECURITIES, INC., J.P. MORGAN CLEARING CORP., CREDIT SUISSE HOLDINGS (USA), INC., CREDIT SUISSE SECURITIES (USA) LLC, THE GOLDMAN SACHS GROUP, INC., GOLDMAN SACHS & CO., GOLDMAN SACHS EXECUTION & CLEARING LP, SWS GROUP, INC., AND SOUTHWEST SECURITIES, INC.,**
*Petitioners.*

---

Miscellaneous Docket No. 962

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 09-CV-0326, Judge Leonard Davis.

-------------------------------------------------------------

**IN RE BATS TRADING, INC. (ALSO KNOWN AS BATS EXCHANGE, INC.), THE NASDAQ OMX GROUP, INC., NASDAQ OMX PHLX, INC., INTERNATIONAL SECURITIES EXCHANGE, LLC, CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED, NYSE EURONEXT, NYSE ARCA, INC., NYSE AMEX, LLC, SECURITIES INDUSTRY AUTOMATION**

CORPORATION, OPTIONS PRICE REPORTING AUTHORITY, BOSTON OPTIONS EXCHANGE GROUP, LLC, CME GROUP, INC., BOARD OF TRADE OF THE CITY OF CHICAGO, INC., AND NEW YORK MERCANTILE EXCHANGE, INC.,
*Petitioners.*

---

Miscellaneous Docket No. 964

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case nos. 09-CV-0327, Judge Leonard Davis.

---

IN RE THOMSON REUTERS CORPORATION, FACTSET RESEARCH SYSTEMS INC., BLOOMBERG L.P. AND INTERACTIVE DATA CORPORATION,
*Petitioners.*

---

Miscellaneous Docket No. 967

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 6:09-CV-00333, Judge Leonard Davis.

---

Before RADER, *Chief Judge,* NEWMAN and BRYSON, *Circuit Judges.*

PER CURIAM.

## O R D E R

Upon consideration of CME Group, Inc.'s motion for a stay of proceedings in the United States District Court for the Eastern District of Texas,

IT IS ORDERED THAT:

The motion is denied.*

FOR THE COURT

**MAY 1 1 2011**
            Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Daniel A. DeVito, Esq.
     Robert A. Cote, Jr., Esq.
     Keith J. Grady, Esq.
     Scott F. Partridge, Esq.
     Rick L. Rambo, Esq.
     David R. Francescani, Esq.
     Michael M. Murray, Esq.
     Lynn E. Rzonca, Esq.
     James H. Shalek, Esq.
     Benjamin W. Hattenbach, Esq.
     Constance S. Huttner, Esq.
     John M. DiMatteo, Esq.
     Brian E. Moran, Esq.
     Clerk, United States District Court For The Eastern
District Of Texas

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAY 1 1 2011**

**JAN HORBALY**
**CLERK**

---

*    With regard to the parties' arguments regarding when this court's mandate may issue, we note that this court does not issue mandates relating to petitions for writs of mandamus. Fed. Cir. R. 40(e).